Everett ULSHAFER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 61542.

Missouri Court of Appeals, Western District.

June 17, 2003.

Andrew Allen Schroeder, Appellate Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John Munson Morris and Anne E. Edgington, Office of Attorney General, Jefferson City, for respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PATRICIA BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

## ORDER

Everett C. Ulshafer appeals the circuit court's judgment denying his Rule 29.15 motion for postconviction relief without an evidentiary hearing. We affirm. Rule 84.16(b).